IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PROMINENT GmbH, PROMINENT SYSTEMS, spol. s r.o., and PROMINENT FLUID CONTROLS, INC., | ) ) ) | |
| | ) | Civil Action No. 2:16-cv-01609 |
| Plaintiffs, | ) ) | |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| v. | ) ) | |
| PROMINENT SYSTEMS, INC., | ) | ECF No. 89 |
| | ) | |
| Defendant. | ) | |
| | ) ) | |

**ORDER ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

**AND NOW, this 29th day of October, 2018**, after consideration of Plaintiffs' Motion,

supporting briefs and exhibits, and Plaintiff's opposing briefs and exhibits,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Default Judgment is **DENIED.**

BY THE COURT:

LISA PUPO LENIHAN
United States Magistrate Judge