# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PROMINENT GMBH, et al, | ) | |
| | ) | Civil Action No. 2:16-cv-01609-LPL |
| Plaintiffs, | ) | |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| v. | ) | |
| | ) | |
| PROMINENT SYSTEMS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## TELEPHONE CONFERENCE
Before Magistrate Judge Lisa Pupo Lenihan

| **PARTY** | | **COUNSEL** |
|---|---|---|
| Prominent GMBH<br><br>Prominent Systems, Spol. S.R.O.<br><br>Prominent | Plaintiffs | Christian W. Liedtke |
| Prominent Systems, Inc. | Defendant | Henry M. Sneath<br><br>Amber L. Reiner Skovdal |

Date: _____ August 7, 2019, at 1:00 PM _____

Court Reporter:_____ Recorded _____

Defendant opposes the motion by Plaintiff to stay the litigation until the summary judgment motion, filed yesterday, is decided. Defendant argues that it cannot respond to the motion until it receives the discovery requested in the Motion to Compel filed at ECF No. 166. The Court provided its preliminary ruling on that during the conference and will file a short order regarding same. Plaintiff is to provide revised responses pursuant to that order by 8/23/19. Discovery is to close 9/23/19. Defendant is to file its response to the Summary Judgment Motion by 10/23/19.